**Bernard SMITH, Petitioner–Appellant,**

v.

**Parris N. GLENDENING, Governor, State of Maryland; Anthony Williams, Mayor, Washington DC; David Garraghty, Warden, Greensville Correctional Center, Respondents–Appellees.**

No. 02–7228.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Bernard Smith, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Bernard Smith seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Smith has not made a substantial showing of the denial of a constitutional right. *See Smith v. Glendening*, No. CA–02–2071–L (D. Md. filed August 13,

2002, entered Aug. 14, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*